No. 1091. Richardson, Secretary of Health, Education, and Welfare v. Belcher. Appeal from D. C. S. D. W. Va. Probable jurisdiction noted.

No. 1025. United States v. Brewster. Appeal from D. C. D. C. Further consideration of question of jurisdiction postponed to hearing of case on the merits.

No. 1100. Board of Regents of the University of Texas System v. New Left Education Project et al. Appeal from D. C. W. D. Tex. Further consideration of question of jurisdiction postponed to hearing of case on the merits.

No. 6356. Lynch et al. v. Household Finance Corp. et al. Appeal from D. C. Conn. Motion for leave to proceed *in forma pauperis* granted. Probable jurisdiction noted.

No. 565. Sarno et al. v. Illinois Crime Investigating Commission. Sup. Ct. Ill. Petition for writ of certiorari granted limited to Questions 1 and 3 as set forth in the petition which read as follows:

"1. Must the State affirmatively demonstrate to respondents, when testifying pursuant to the Illinois Immunity Statute, that an immunity, as broad in scope as the Fifth Amendment, is available and applicable to them?

"3. Assuming the immunity statute was not as broad as the Fifth Amendment, as far as future state prosecutions are concerned, may a person plead the Fifth Amendment when it is evident, from the implication of the questions in the setting in which they are asked, that responsive answers to the questions might be dangerous because injurious disclosure could result in future state prosecutions?"